| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Elrod, Jennifer W. | 2. Court or Organization Fifth Circuit Court of Appeals | 3. Date of Report 06/16/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court of Appeals, Active Judge | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial    ☑ Annual    ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 515 Rusk Avenue, 12th Floor Houston, TX 77002-2603 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Regents Member | Baylor University |
| 2. | Board Member | Garland R. Walker American Inn of Court |
| 3. | Board Member | Federal Judges Association |
| 4. | Advisory Board Member | Baylor University Center for Christian Music Studies |
| 5. | Emeritus Board Member (non-voting) | Texas Center for Legal Ethics |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. | 2017 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Talen Energy - salary |
| 2. 2017 | Halcyon Consulting - consulting fees through Icon Information Consultants |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 01/27/2017 | Dallas, TX | Speaking at Bench Bar Conference | Travel |
| 2. | Baylor University | 02/15-17/2017 | Waco, TX | Board Meeting | Travel, Lodging, and Meals |
| 3. | American Bar Association | 03/02-03/2017 | Tucson, AZ | Speaking CLE Seminar | Travel, Lodging, and Meals |
| 4. | BYU Law School | 03/23-25/2017 | Salt Lake City, UT | Board Meeting | Travel, Lodging, and Meals |
| 5. | The Federalist Society | 04/06-09/2017 | Boston, MA | Speaking to Students | Travel, Lodging, and Meals |
| 6. | University of Texas School of Law | 04/13/2017 | Austin, TX | Speaking to students | Travel and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/16/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | State Bar of Texas | 04/27/2017 | Austin, TX | Speaking at Annual Program | Travel and Meals |
| 8. | Baylor University | 05/10-13/2017 | Waco, TX | Board Meeting | Travel, Lodging, and Meals |
| 9. | American Law Institute | 05/22-24/2017 | Washington, DC | Annual Meeting | Travel, Lodging, and Meals |
| 10. | State Bar of Texas | 05/31-06/02/2017 | San Antonio, TX | Speaking at Bankruptcy Bench Bar | Travel, Lodging, and Meals |
| 11. | Baylor University | 06/15-16/2017 | Waco, TX | Board Meeting | Lodging and Meals |
| 12. | The Federalist Society | 06/20/2017 | Dallas, TX | Speaking at Monthly Meeting Dallas Chapter | Travel and Meal |
| 13. | Baylor University | 07/18-21/2017 | Waco, TX | Board Meeting | Lodging and Meals |
| 14. | St. Mary's Law School | 08/16/2017 | San Antonio, TX | Speaking to students | Travel and Meal |
| 15. | Baylor University | 10/17-22/2017 | Waco, TX | Board Meeting | Lodging and Meals |
| 16. | The Federalist Society | 11/15-19/2017 | Washington, DC | Speaking at Meeting\ | Travel, Lodging, and Meals |
| 17. | Baylor University | 12/01/2017 | Dallas, TX | Board Meeting | Travel and Meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alley Bank CD | A | Interest | | | Matured | 6/19/17 | K | | |
| 2. AF TRGT DATE 2030 (FIDELITY 401k) | A | Int./Div. | K | T | Buy | 11/27/17 | J | | |
| 3. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 4. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 5. CHARLES SCHWAB US REIT ETF | A | Dividend | J | T | | | | | |
| 6. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 7. Fidelity Inflat-Prot Bond | A | Dividend | K | T | Sold (part) | 11/29/17 | J | A | |
| 8. Fidelity Total Bond | A | Dividend | K | T | Buy (add'l) | 02/24/17 | K | | |
| 9. | | | | | Sold (part) | 11/29/17 | J | A | |
| 10. Fidelity Total Mkt Premium | C | Distribution | M | T | Buy (add'l) | 02/09/17 | K | | |
| 11. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 12. Fidelity U.S. Bond Index Premium | A | Int./Div. | K | T | | | | | |
| 13. Goldman Sachs Bk CD | A | Interest | K | T | | | | | |
| 14. IShares Core S&P Total US Stock Market ETF | | None | | | Sold | 02/17/17 | K | D | |
| 15. IShares Core Total US Bond ETF | B | Dividend | L | T | | | | | |
| 16. IShares Gold ETF | | None | J | T | | | | | |
| 17. IShares High Yield Corp Bond ETF | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares Trust MSCI Total Intl Stk | D | Dividend | N | T | | | | | |
| 19. Landus International Marketmasters Fund | B | Distribution | L | T | Sold (part) | 01/03/17 | J | | |
| 20. Perkins Mid Cap Value Fund | | None | | | Sold | 02/08/17 | K | C | |
| 21. Pimco Short Term Admin SHS | A | Dividend | J | T | | | | | |
| 22. SCH US AGG Bond ETF | B | Dividend | L | T | | | | | |
| 23. SCHWAB EMERGING MARKETS EQUITY ETF | A | Dividend | J | T | | | | | |
| 24. SCHWAB FUNDA EMG MKTS LARGE COM ETF | A | Dividend | J | T | | | | | |
| 25. SCHWAB FUNDAMENTAL INL LARGE COM ETF | A | Dividend | K | T | | | | | |
| 26. SCHWAB FUNDAMENTAL INTL SMAL COM ETF | A | Dividend | J | T | | | | | |
| 27. SCHWAB FUNDAMENTAL US LARGE CO ETF | A | Dividend | K | T | | | | | |
| 28. SCHWAB FUNDAMENTAL US SMALL COM ETF | A | Dividend | K | T | | | | | |
| 29. SCHWAB INTERNATIONAL EQUITY ETF | A | Dividend | K | T | | | | | |
| 30. SCHWAB FUNDAMENTAL SMALLCAP EQY ETF | A | Dividend | J | T | | | | | |
| 31. SCHWAB SMALL CAP INDEX FUND | | None | | | Sold | 06/06/17 | L | E | |
| 32. SCHWAB TOTAL STK MKT-SEL | D | Distribution | N | T | Sold (part) | 01/03/17 | J | C | |
| 33. | | | | | Buy (add'l) | 06/06/17 | M | | |
| 34. SCHWAB US LARGE CAP ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/16/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHWAB US SMALL CAP ETF | A | Dividend | J | T | | | | | |
| 36. Templeton Global Bond Class A | A | Int./Div. | | | Sold | 02/08/17 | J | A | |
| 37. Van Eck Market Vec Localcur Bnd | B | Dividend | K | T | | | | | |
| 38. Vanguard Glbl Ex US Real Estate | A | Dividend | J | T | | | | | |
| 39. Vanguard Lifestrategy Growth | C | Distribution | M | T | | | | | |
| 40. XTRACKERS USD HIGH YIELDCOR BND ETF | | None | J | T | Buy | 12/26/17 | J | | |
| 41. Vanguard College Savings Iowa 529 Age - based Savings Track A | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 42. Texas County and District Retirement System | A | Int./Div. | J | T | | | | | |
| 43. Employee Retirement System of Texas | B | Interest | L | T | | | | | |
| 44. Talen Midco LLC (non-vested) | | None | J | U | Buy | 12/14/17 | J | | Talen Energy Supply LLC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 06/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

n/a

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jennifer W. Elrod**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544